IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:09-cr-6-MEF |
| | ) | |
| THEODORE C. HARRIS | ) | |

## **O R D E R**

Upon consideration of the government's Motion for Leave to Dismiss Indictment (Doc. #5) filed on March 2, 2009, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 3rd day of March, 2009.

        /s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE